No. 3869.—CENTRAL PASTO VIEJO, INC., aplte., v. ROIG ET AL., apldos.—C. D. Humacao. Retracto legal. Jul. 9, 1926. Apareciendo que en 30 de noviembre, 1925, la corte inferior dictó una orden para la consignación dentro de tres días de la cantidad de doce mil dólares que había retirado la demandante en 29 de enero de 1924; que la demandante fué notificada de dicha orden en el mismo día; que en el día 14 de diciembre de 1925 y después de vencido el término para apelar, la demandante radicó una moción para que se reconsidere y deje sin efecto la orden de 30 de noviembre por motivos que afectan los méritos de dicha orden; que dicha moción fué declarada sin lugar con fecha 12 de febrero de 1926; y que en 16 de febrero de 1926 la demandante radicó su escrito de apelación de dicha orden de 12 de febrero del mismo año; y vistos también los casos de *Rivera* v. *Medina,* 28 D.P.R. 808, *Hartman* v. *Cividanes,* 28 D.P.R. 32, *Ex parte Boardman,* 28 D.P.R. 83, *Díaz* v. *Pastor,* 29 D.P.R. 95, *Rexach* v. *Comisión de Indemnizaciones a Obreros,* 31 D.P.R. 17, se declara con lugar la moción y se desestima la apelación interpuesta en este caso.

No. 3603.—JUAN RODRÍGUEZ, ETC., demandante y apelante, v. THE NATIONAL CASH REGISTER Co., demandada y apelada.—Daños y perjuicios. C. D. Mayagüez. Jul. 9, 1926. Siendo la cuestión que se ventila en esta apelación la fijación de la cuantía de los daños solicitados por el demandante y habiendo quedado resuelta la misma en el caso No. 3651, seguido entre las mismas partes y resuelto en el día de hoy, se declara sin lugar el recurso y se confirma la sentencia.